**FILED**

JUL -9 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY___J. HELLINGS_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS 66 COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> EDWARD S. GRAINER <br><br> Defendant. | Civil Action No. 1:13-CV- 01890 LJO-BAM <br><br> **DEFAULT JUDGMENT AGAINST EDWARD S. GRAINER** |

The defendant, Edward S. Grainer, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum of $78,631.64 plus interest thereon in the amount of $31,064.88 which continues to accrue at the rate of $21.54 per day; costs in the amount of $542.15; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or a sum which can by computation be made certain; it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff, Phillips 66 Company, recover of the defendant, Edward S. Grainer, the sum of **$110,238.67**, plus interest according to law from the date of this judgment until the entire amount is paid.

///

///

DEFAULT JUDGMENT - 1:13-cv-01890-LJO-BAM

1   This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that
2   said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Marianne Matherly, CLERK

JUL -9 2014

By: _____
    Deputy Clerk

2
**DEFAULT JUDGMENT**