UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIPS 66 COMPANY,

        Plaintiff,

   v.

EDWARD S. GRAINER, *et al.,*

        Defendant.

_____/

Case No. 1: 13-cv-1890 LJO-BAM

**AMENDED JUDGMENT**

   In accordance with the Order Adopting the Findings and Recommendations of the Magistrate Judge dated July 8, 2015 (Doc. 37), the Default Judgment issued on July 9, 2014 (Doc. 15) shall be modified accordingly :

    1.    Plaintiff shall be awarded damages in the principal sum amount of $78,631.64; Plaintiff shall be awarded pre-judgment interest on the principal sum amount pursuant to Cal. Civil. Code §3287(a) and §3289(b), to be calculated a rate of 10% annually beginning on 06/09/10, until the date this judgment is entered;

2. Plaintiff shall be awarded post-judgment interest on the principal sum amount pursuant to 28 U.S.C. § 1961(a); and

3. Plaintiff shall be awarded a total of $12,005.35 for attorneys' fees and $549.65 in costs to be broken down as follows:

    a. Attorneys from the law firm of Beirne, Maynard, and Parsons, LLP, shall be awarded $9,039.75 in attorneys' fees and $7.50 costs;

    b. Attorney Dawn Ceizler shall be awarded $2,965.50 in attorneys' fees and $542.15 in costs.

IT IS SO ORDERED.

Dated: **July 10, 2015**            /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE

    c.